UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Cause No. | 1:09-cr-150-01 (B/F) |
| | ) | | |
| WILLIE MARTIN, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Willie Martin's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(I), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 7 months in the custody of the Attorney General. Upon Mr. Martin's release from confinement, he will be subject to a term of supervised release of two years under the conditions previously imposed by the Court at the time of his original sentence, and with additional conditions as follows:

> 1. Defendant shall submit to the search (with the assistance of other law enforcement as necessary) of his person, vehicle, office/business, residence and property, including computer systems and peripheral devices. The defendant shall submit to the seizure of contraband found. The defendant shall warn other occupants the premises may be subject to searches.
>
> 2. Defendant shall provide the probation officer access to any requested financial information.

3. Defendant shall make a good faith effort to obtain a GED, high school diploma, or complete a literacy program.

SO ORDERED this __7th__ day of ~~August~~ Sept., 2010.

_Sarah Evans Barker_
Sarah Evans Barker, Judge
United States District Court
Southern District of Indiana

Distribution:

Winfield Ong,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Mike Donahoe,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

United States Parole and Probation

United States Marshal