UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:09-cr-00150-SEB-MJD |
| WILLIE JAMES MARTIN, | ) ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that WILLIE JAMES MARTIN's supervised release be revoked pursuant to Title 18 U.S.C. § 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. § 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. WILLIE JAMES MARTIN's term of supervised release is hereby REVOKED, and WILLIE JAMES MARTIN is hereby SENTENCED to the custody of the Attorney General or his designee for a period of seventeen (17) months.

2. Upon WILLIE JAMES MARTIN's release from confinement, no period of supervised release shall follow.

SO ORDERED

Date: 02/14/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew J. Rinka, Assistant United States Attorney
Michael J. Donahoe, Indiana Community Federal Defender
U. S. Parole and Probation
U. S. Marshal